IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT MCCOY PORTER,

    Petitioner,

v.                                                         4:23cv419–WS/ZCB

RICKY D. DIXON,

    Respondent.

_____

ORDER DENYING PETITIONER'S § 2254 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 42) docketed September 30, 2024. The magistrate judge recommends that the petitioner's § 2254 petition for writ of habeas corpus be denied as moot. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 42) is ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's §2254 petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk is directed to enter judgment stating: "All claims are dismissed."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this ___7th___ day of ___November___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE